### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THEODORE R. VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV217 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FITZGERALD RAILCAR SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the court in counsel's letter, dated June 2, 2010,

**IT IS ORDERED that:**

1.  **On or before July 7, 2010**, the parties shall file a report on the status of the approval of the settlement sought from the United States Bankruptcy Trustee.

2.  All deadlines, to include pretrial conferences and trial settings, are suspended pending the status report set forth above.

DATED this 2nd day of June, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge